# FLAHERTY | GALLARDO
## LAWYERS

Patrick Flaherty
Daniel Flaherty
Paul Gallardo
1026 First Ave. South
P.O. Box 1968
Great Falls, MT 59403
Phone: (406) 727-8494
Fax: (406) 727-8537

Rocky Mountain Regional Office
Bureau of Indian Affairs
2021 4th Avenue North
Billings, MT 59101

BIA OJS
Internal Affairs Division
1001 Indian School Road, NW
Albuquerque, NM 87104

BIA – Office of Justice Services
2021 Fourth Ave. N., Suite 406
Billings, MT 59107

Claims Office
Office of General Counsel/General Law
Division
330 C Street S.W.
Switzer Building, Suite 2600
Washington, D.C. 20201

July 20, 2021



Re: In Custody Death of Willy Wayne-Andre Pepion

Dear Respected Officials,

This office represents the Estate of Willy Wayne-Andre Pepion. Mr. Pepion died at a BIA facility / corrections department in Browning, Montana on May 10, 2020.

A tribal probate action has been filed and the personal representative, Wilma Fleury, hereby provides notice of the claim. Pursuant to the Federal Tort Claims Act, PL 93-638, and related provisions, the Estate of Willy Pepion hereby provides notice of this claim.

Mr. Pepion suffered a severe head injury early on May 10, 2020. Blackfeet Tribal Officers arrived to investigate the matter, then subsequently arrested Mr. Pepion. The officers transported Mr. Pepion to IHS in Browning, MT, where a physician medically cleared the heavily intoxicated Mr. Pepion to be detailed in jail. This physician should not have medically cleared Mr. Pepion. While in the Blackfeet jail, Mr. Pepion's condition deteriorated. The Blackfeet jail placed him in the drunk tank and intended on keeping him detained until he no longer had alcohol in his system. Frederick Noon Jr. recalls that Pepion was yelling at the guards to take him back to the hospital. Staff ignored his calls for help. He was moaning and curled up in the fetal position, and would not let his head touch the mat. Noon explains that he never heard a grown man cry like that. Jail guards did not check on Pepion for hours, despite policy requiring officers to

perform inmate checks every 30 minutes. Guards saw Pepion suffering for a prolonged period of time but did not come to his aid.

The BIA officers, agents, and IHS physician(s) who treated and held Mr. Pepion in custody were negligent in their supervision and care of Mr. Pepion. It is believed that the FBI and BIA have further evidence of this matter, however they are not furnishing the documentation on the grounds that this is supposedly a pending investigation.

As we all know, this is not the first time this has happened. It was only recently that this office made a similar claim, which you are aware of. We are attaching a recent NPR story that highlights the ongoing level of negligence in BIA jails that is finally catching the public eye. If you want to continue ignoring these individual's right to life and care, then deny this claim as you have in the past. If, like us, you understand that liability is clear and these facilities need to change, then admit liability, and work with this office towards resolution to get Mr. Pepion's grieving family some closure.

Thank you for your assistance. Please don't hesitate to contact our office with any questions.

Sincerely,

Paul Gallardo

Encl. Probate documents, fee agreement, 6/10/21 NPR article, Form 95

Flaherty Gallardo Lawyers
1026 1st Ave. S.
P.O. Box 1968
Great Falls, MT 59403

7018 1130 0000 2582 7175



U.S. POSTAGE PAID
FCM LG ENV
GREAT FALLS, MT
59401
JUL 21, 21
AMOUNT
$5.80
1000   59101   R2305H128928-37

RECEIVED
JUL 26 2021
BUREAU OF INDIAN AFFAIRS
OFFICE OF JUSTICE SERVICES
DISTRICT V

BIA – Office of Justice Services
2021 Fourth Ave. N., Suite 406
Billings, MT 59101

USA_0003

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| BIA - Office of Jusice Services       Office of General Counsel<br>2021 Fourth Ave. N., Suite 406      Washington, DC 20201<br>Billings, MT 59107 | Wilma Ann Fleury<br>PO Box 842<br>Browning, MT 59417 |

| 3. TYPE OF EMPLOYMENT<br>[X] MILITARY  [ ] CIVILIAN | 4. DATE OF BIRTH<br>12/23/97 | 5. MARITAL STATUS<br>s | 6. DATE AND DAY OF ACCIDENT<br>May 10, 2020 | 7. TIME (A.M. OR P.M.)<br>morning |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Please see attached letter

9. **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

10. **PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Willy Pepion - in custody death. Damages include pain and suffering, violation of constitutional rights, loss of consortium, loss of support, and any and all other wrongful death and survivorship damages available under Montana law.

11. **WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Frederick Noon, Jr., and agents/officials identified in Glacier County Report # 20-578 | |

12. (See instructions on reverse). **AMOUNT OF CLAIM** (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| | | $27M | $27M |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Paul Gallardo* (signed) | 406-727-8494 | 7-20-21 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

USA_0004

| INSURANCE COVERAGE | | |
|---|---|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property. | | |
| 15. Do you carry accident Insurance? ☐ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  ☒ No | | |
| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☐ Yes  ☒ No | | 17. If deductible, state amount. |
| 18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts). | | |
| 19. Do you carry public liability and property damage insurance? ☐ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  ☒ No | | |

### INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

**(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

### PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) **BACK**

USA_0005