

# United States Department of the Interior
### BUREAU OF INDIAN AFFAIRS
Washington, DC 20240

JUL 2 7 2021

VIA EMAIL TO: PAUL@FLAHERTYLAWYERS.COM

Flaherty and Gallardo Lawyers
1026 First Ave. South
Great Falls, Montana 59403

RE: Administrative Claim of Wilma Ann Fleury

Dear Mr. Paul Gallardo:

This letter acknowledges receipt of the administrative claim you submitted to the Bureau of Indian Affairs-Office of Justice Services (BIA/OJS) regarding the in-custody death of Willy Wayne Andre Pepion. We received your claim on July 26, 2021. Your claim has been forwarded to the U.S. Department of the Interior, Office of the Solicitor, Torts Practice Branch for review and determination pursuant to the provisions of the Federal Tort Claims Act found at 28 U.S.C. § 2671-2680[1]. Regulations pertaining to the FTCA can be found at Title 28, Code of Federal Regulations, Part 14; and Title 43, Code of Federal Regulations, Part 22.

If you have any questions, you may contact me at 406-657-5961, by email at donna.fallsdown@bia.gov, or at the following address:

Department of Interior
BIA-Office of Justice Services
2021 4th Ave. North, Room 406
Billings, Montana 59101

Thank you.

Sincerely,

*Donna L. FallsDown*

Donna FallsDown
Program Analyst
Tort Claims Officer

Cc: Torts Branch Office -DOITORTS@SOL.DOI.GOV

---

[1] Federal statutes and regulations can be accessed at www.gpo.gov/fdsys/