

United States Department of the Interior

OFFICE OF THE SOLICITOR
Division of General Law, Torts Practice Branch
505 Marquette Ave N.E. Suite 1800
Albuquerque, NM 87102

January 31, 2022

**<u>Via Certified Mail – Return Receipt Requested</u>**

Paul Gallardo, Esq.
Flaherty and Gallardo Lawyers
1026 First Ave. South
Great Falls, Montana 59403

     Re: Wilma Ann Fleury on behalf of the Estate of Willy Pepion TPB No. 21-0430

Dear Mr. Gallardo:

By letter and Standard Form 95, both dated July 20, 2021, you filed a Federal Tort claim against the United States for Wilma Ann Fleury on behalf of the Estate of Willy Pepion seeking wrongful death damages of $27,000,000. This claim was received on or about July 26, 2021. This claim was referred to the United States Department of the Interior's Office of the Solicitor for processing.

The claims submitted have been referred to me for determination under the Federal Tort Claims Act, codified as amended primarily at 28 U.S.C. §§ 2671-80 (2006), which authorizes the administrative settlement of claims for money damages against the United States for injury or loss of property or personal injury or death caused by the negligent or wrongful act or omission of any employee of the agency while acting within the scope of his office or employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred. We have coordinated the determination of this claim with the United States Department of Health and Human Services pursuant to 28 C.F.R. § 14.2.

According to the submitted Standard Form 95 and attachments, this claim arises from the death of Willy Pepion on May 10, 2020, while incarcerated at the Blackfeet Detention Facility. After reviewing this claim and the applicable law, I hereby deny this claim.

If you are dissatisfied with this determination, you may submit to this office a written request for reconsideration within six months after the date of mailing of this letter, or you may, within that same period of time, file suit in an appropriate United States District Court. The decision announced in this letter is final unless reconsideration is requested or suit is filed within the six-month period.

Should you have any questions regarding this decision, please contact Jared M. Slade, the attorney primarily responsible for this claim, at jared.slade@sol.doi.gov.

By:

Sincerely,

Patricia J. Reedy
Assistant Solicitor
Torts Practice Branch
Department of the Interior
Division of General Law

Jared Slade
*Digitally signed by Jared Slade
Date: 2022.01.31 09:15:30 -07'00'*

Jared Slade
Attorney Adviser
Torts Practice Branch

cc: Lenora Nioce, Special Agent in Charge, BIA OJS District 5
    Donna Falls Down, Tort Officer, BIA OJS District 5