

**U.S. Department of Justice**

*United States Attorney*
*District of Montana*

---

**Abbie J.N. Cziok**
Assistant United States Attorney

901 Front Street, Suite 1100
Helena, MT 59626

Phone: (406) 457-5268
abbie.cziok@usdoj.gov

August 24, 2022

<u>VIA EMAIL</u>
Paul Gallardo
Daniel Flaherty
FLAHERTY GALLARDO LAWYERS
1026 1st Ave. S.
P.O. Box 1968
Great Falls, Montana 59403
paul@greatfallsfirm.com

       RE:   *Estate of Willy Wayne-Andre Pepion v. United States*
              CV 22-41-GF-BMM

Paul:

     I am writing regarding the employment status of Dr. Ortiz, the physician who provided a medical clearance for Mr. Pepion before he was transported to the Blackfeet Detention Center. The Complaint, filed April 29, 2022, provided, "Blackfeet Law Enforcement arrested Pepion and transported him to the Browning IHS, where a physician examined Pepion and cleared him at 6:30 a.m." The Complaint also alleged medical negligence in paragraphs 19 through 21. In the United States' Answer, filed July 1, 2022, the United States denied the medical negligence allegations.

     In preparing for initial disclosures in this case and becoming acquainted with the facts at issue in another case, I have learned that Dr. Ortiz is not employed by the IHS facility in Browning. Dr. Ortiz is an independent contractor. I have cc'd Mr. Lusty, counsel representing Dr. Ortiz in the other matter.

August 24, 2022
Page 2

    Sincerely,

    Jesse A. Laslovich
    United States Attorney

    Abbie J.N. Cziok
    Assistant U.S. Attorney

cc:    Benjamin K. Lusty
      Rencher Anjewierden, LLC
      **RENCHER|ANJEWIERDEN**
      460 South 400 East
      Salt Lake City, Utah 84111
      (Via USPS)