# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| ESTATE OF WILLY WAYNE ANDRE PEPION,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DR. JOSE ORTIZ<br><br>Defendant. | **Case No. CV-22-41-GF-BMM**<br><br>**ORDER** |

Plaintiff has filed a motion to vacate the current dates and deadlines in this matter pending serving the Amended Complaint upon Dr. Jose Ortiz. The Motion is unopposed. For good cause shown,

IT IS HEREBY ORDERED:

1. The Plaintiff's Unopposed Motion to Vacate Current Dates and Deadlines is GRANTED. All dates and deadlines in this matter are hereby VACATED, to be Reset following service upon Dr. Jose Ortiz.

2. The Plaintiff shall file a Motion for a Pretrial Status Conference within 10 days of serving Dr. Jose Ortiz with the Amended Complaint, unless the Court has already set such Conference.

DATED this 20th day of June, 2023,

_____
Brian Morris, Chief District Judge
United States District Court