IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ESTATE OF WILLY WAYNE-ANDRE PEPION,<br><br>   Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA, DR. JOSE ORTIZ<br><br>   Defendants. | Case No.: CV-22-41-GF-BMM<br><br>**ORDER GRANTING DR. ORTIZ'S UNOPPOSED MOTION TO EXTEND TIME TO FILE JOINT MOTION TO DISMISS** |

Dr. Ortiz has filed an unopposed motion for an additional 2 weeks to file joint motion to dismiss. For good cause shown,

IT IS HEREBY ORDERED that the parties have up to and including August 23, 2024, to file a joint motion to dismiss and proposed order.

Dated this 12th day of August, 2024.

_____
Brian Morris, Chief District Judge
United States District Court